_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

OCT 07 2009

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Joshua Lee Cole**<br>**Laredo, Texas**<br>**United States**<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number:    **L-09-MJ  2642** |

*det tple*
*10/14/09 @ 10 Am*

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about **October 5, 2009** in **Laredo, Texas** **Webb** County, in
(Date)

the **Southern** District of **Texas,** **Joshua Lee Cole** defendant(s) ,

a United States Citizen, did unlawfully transport Yuli Gomez Vidal, undocumented Mexican alien and (1) other undocumented alien within the Southern District of Texas knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the
Official Title

following facts:  based on statements of the accused and records of the Immigration & Naturalization Service.

Continued on the attached sheet and made a part of this complaint:  [X] Yes   [ ] No

Signature of Complainant

**Elizabeth Gamez**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**October 7, 2009** at **Laredo, Texas**
Date                                                    City and State

**Diana Saldaña**
U.S. Magistrate Judge                                  Signature of Judicial Officer
Name and Title of Judicial Officer

United States of America                                                                          Page 2

       vs

      Joshua Lee Cole

**[CONT OF BASIS OF COMPLAINT]**

On Monday, October 5, 2009 at approximately 9:10 p.m., while working his assigned duties at the United States Border Patrol IH-35 checkpoint located at the 29-mile marker north of Laredo, Texas a Boder Patrol Agent observed a green colored Ford Explorer, bearing Texas license plates ██████ approach the primary inspection lane. The Agent asked the driver, later identified as Joshua Lee COLE, if he was a United States Citizen and COLE answered "yes". The Agent then asked the left rear passenger, later identified as Yuli GOMEZ-Vidal, if she was a United Stated Citizen and GOMEZ-Vidal stated "yes". The Agent then asked the front side passenger, later identified as Thelma SANCHEZ-Paz, if she was a United Stated Citizen and she nervously nodded her head and said "yes". The Agent briefly interviewed SANCHEZ-Paz and due to her nervousness, broken English and lack of any type of identification, the Agent directed the vehicle and occupants to secondary inspection for a more thorough inspection.

Once at the secondary inspection area, Agents interviewed the all three subjects again and it was revealed that GOMEZ-Vidal and SANCHEZ-Paz were citizens and natives of Mexico not in possession of any legal documents to be in or remain in the United States legally. COLE, GOMEZ-Vidal and SANCHEZ-Paz were all placed under arrest and escorted into the checkpoint for further processing.

Joshua Lee COLE was read his Miranda rights as per Service Form I-214, which he acknowledged by signing and was willing to answer questions without the presence of a lawyer.

In a sworn statement, Joshua Lee COLE stated that friends of his from Laredo, Texas, made the arrangements to smuggle GOMEZ-Vidal and SANCHEZ-Paz and told him they were both illegal. COLE stated he was supposed to take the two illegal aliens to San Antonio, Texas and he would get a call to the cell phone he was provided with from the smugglers. COLE stated he would be told where to meet up with the smugglers in San Antonio in order to dropp off GOMEZ-Vidal and SANCHEZ-Paz. COLE stated he would be paid a couple hundred dollars for transporting the GOMEZ-Vidal and SANCHEZ-Paz to San Antonio, Texas.

In a sworn statement, Yuli GOMEZ-Vidal stated that she last entered the United States illegally on October 5, 2009 by wading across the Rio Grande River near Laredo, Texas. She stated she made arrangements with a man near the Port of Entry to be smuggled to San Antonio, Texas for $3,000.00 USD. She stated after crossing the river she was taken tio a house where she spent the afternoon. GOMEZ-Vidal stated she was then taken to a car where she met with the driver (COLE, Joshua Lee) and the other passenger SANCHEZ-Paz, Thelma.

Record checks revealed COLE has prior criminal history to include an arrest by the U.S. Army Fort Belvoir on 09/20/2007 for Larceny of Government Property in which he received Judicial Punishment by Special Court Martial, Reduced from E2 to E1; Forfeiture $898.00 USD for two months; 60 days hard labor with out confinement; Chapter 14 Discharge. COLE was also arrested by the Sheriff's Office in Hondo, Texas, on 05/01/2009 on Possession of Marijuana <=2,000 Lbs > 50 Lbs for which he stated in his sworn statement that he received (5) months in jail and 6 years Probation

Thelma SANCHEZ-Paz was processed for reinstatement of a previous Order of Removal.